**Opinion filed September 24, 2009**



In The

# Eleventh Court of Appeals

———————

## No. 11-09-00273-CV

———————

## IN RE DELORES SALCIDO

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

Relator has filed in this court a notice of nonsuit stating that her mandamus proceeding is now moot. Therefore, the petition for writ of mandamus is dismissed as moot.

PER CURIAM

September 24, 2009

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.